# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff, -vs- JOSHUA PAUL THOMPSON, Defendant. | Case No. 2:21-CR-00084-SMJ-1<br>CRIMINAL MINUTES<br>DATE: JUNE 2, 2022<br>LOCATION: RICHLAND VIA VIDEOCONFERENCE<br>SENTENCING HEARING |
|---|---|

| Hon. Salvador Mendoza, Jr. | | |
|---|---|---|
| Nicole Cruz | 02 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Earl Hicks | | Molly Winston |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:** Shawn Kennicutt | | |

[X] Open Court　　　[ ] Chambers　　　[X] Teleconference

Due to the current COVID-19 public health crisis, all parties appearing via video conference. Defendant present, appearing via video conference from the Spokane County Jail.

Defendant consents to hearing proceeding via video conference.

Statements by Mr. Hicks in support recommended sentence.

Statements by Ms. Winston regarding sentencing.

**Court**: Defendant's Plea Agreement is **REJECTED**.

Ms. Winston orally moves to continue sentencing.

Colloquy between Court and counsel regarding new date.

**Court**: Defendant's motion is **GRANTED**; Sentencing is **RESET** to **6/30/2022 at 10:00 a.m. in Spokane.**

## [X]  ORDER FORTHCOMING

| CONVENED: 11:06 A.M.<br>11:39 A.M. | ADJOURNED: 11:26 A.M.<br>11:43 A.M. | TIME: 0:24 HR. | CALENDARED [ ] |
|---|---|---|---|