PROB 12C
(6/16)

Report Date: July 30, 2025

## United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joshua Paul Thompson | Case Number: 0980 2:21CR00084-TOR-1 |
| Address of Offender: ▮▮▮▮▮ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 14, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | January 16, 2025 |
| Defense Attorney: | Ryan Mark Farrell | Date Supervision Expires: | January 15, 2028 |

### PETITIONING THE COURT

To issue a **warrant**.

On January 16, 2025, the undersigned officer met with Mr. Thompson and reviewed his judgment and conditions of supervision with him. Mr. Thompson was provided a copy of the judgement and conditions, and he signed the judgment indicating his instruction and receipt of such.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Joshua Thompson allegedly violated the above-stated condition on or about July 22, 2025 by being cited for Operating a Vehicle Without an Ignition Interlock, in violation of Revised Code of Washington (RCW) 46.20.740.<br><br>According to criminal citation 5A0004139 issued by the Washington State Patrol (WSP), Mr. Thompson was driving a vehicle along state route 292 in Stevens County, Washington, when he was stopped by a WSP trooper for speeding. Upon investigation the trooper determined Mr. Thompson was driving without an ignition interlock device as required. The trooper issued Mr. Thompson a citation for this offense. Mr. Thompson is currently set for arraignment in Stevens County District Court on August 4, 2025, for this citation. |
| 2 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime.<br><br>**Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |

Prob12C
**Re: Thompson, Joshua Paul**
**July 30, 2025**
**Page 2**

**Supporting Evidence**: Mr. Thompson allegedly violated the above-stated condition on or about July 28, 2025, by unlawfully possessing a controlled substance, methamphetamine, and proceeding to sell said substance to an undercover law enforcement officer.

On July 28, 2025, the undersigned officer received a report from detectives at the Stevens County Sheriff's Office that Mr. Thompson had sold methamphetamine to an undercover officer.

3   **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: It is alleged that Mr. Thompson violated the above-stated condition on or about July 26, 2025, by traveling into the District of Idaho without prior approval.

On July 26, 2025, the undersigned officer received a report from the Idaho State Police that Mr. Thompson had been stopped in Idaho for suspected driving under the influence. Mr. Thompson was ultimately given a verbal warning and released.

On July 28, 2025, the undersigned contacted the primary trooper on the stop. The trooper advised that Mr. Thompson had been stopped in the area of Athol, Idaho, near the intersection of highway 95 and highway 54. This is approximately 16 miles in a straight line outside of the Eastern District of Washington.

At no time did Mr. Thompson request or receive permission from the U.S. Probation Office to travel to the District of Idaho.

4   **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: Mr. Thompson allegedly violated the above-stated condition on or about July 22, 2025, by interacting with a person previously convicted of a felony without prior approval.

On July 22, 2025, a vehicle driven by Mr. Thompson was stopped by WSP. A criminal history check of the passenger in the vehicle revealed previous felony convictions.

5   **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: Mr. Thompson allegedly violated the above-stated condition on or about July 22, 23, and 26, 2025, by being contacted by a law enforcement officer and failing to report such contact to the undersigned officer.

On July 22, 2025, a vehicle driven by Mr. Thompson was stopped by WSP for speeding. Mr. Thompson was ultimately cited for operating a vehicle without an ignition interlock device.

Prob12C
Re: Thompson, Joshua Paul
July 30, 2025
Page 3

On July 23, 2025, a vehicle driven by Mr. Thompson was stopped by the Spokane County Sheriff's Office for driving without a rear license plate. Mr. Thompson was given a verbal warning and released.

On July 26, 2025, a vehicle driven by Mr. Thompson was stopped by the Idaho State Police for suspected driving under the influence. Mr. Thompson was given a verbal warning and released.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender t to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/30/2025

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

July 30, 2025
Date